1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**

7                          **DISTRICT OF NEVADA**

8  UNITED STATES OF AMERICA,            )
                                        )
9              Plaintiff,               )
                                        )
10      v.                              )    2:13-CR-299-HDM-(PAL)
                                        )
11  JOVANNI CORTE GRAHAM,               )
                                        )
12             Defendant.               )

13     **FINAL ORDER OF FORFEITURE AS TO JOVANNI CORTE GRAHAM**

14          On December 12, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to Fed.

15  R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 924(d)(1) and Title 28, United

16  States Code, Section 2461(c) forfeiting property of defendant JOVANNI CORTE GRAHAM to the

17  United States of America.  Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 25; Change of

18  Plea, ECF No. 31; Preliminary Order of Forfeiture, ECF No. 33.

19          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P

20  32.2(b)(4)(A) and (B); Title 18, United States Code, Section 924(d)(1) and Title 28, United States

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

1  Code, Section 2461(c), that the Preliminary Order of Forfeiture (ECF No. 33), listing the following

2  assets, is final as to defendant JOVANNI CORTE GRAHAM:

3        1.  a H&R .22 caliber revolver bearing serial number AP63997; and

4        2.  any and all ammunition.

5        DATED this __24th__ day of April, 2014.

6

7                                        Howard D McKibben

8                                        _____
                                         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2