# FILED UNDER SEAL

Prob12C
D/NV Form
Rev. March 2017

# United States District Court
## for
## the District of Nevada

### PETITION FOR WARRANT
### FOR OFFENDER UNDER SUPERVISION

Name of Offender: **Jovanni Corte Graham**

Case Number: **2:13CR00299**

Name of Sentencing Judicial Officer: **Honorable Howard D. McKibben**

Date of Original Sentence: **April 22, 2014**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **69 Months prison, followed by 36 Months TSR.**

Date of Prior Revocation: **March 13, 2023**

Revocation Sentence: **Continued on Current Term (Not Revoked)**

Date Supervision Commenced: **February 11, 2022**

Name of Assigned Judicial Officer: **Honorable Christina D. Silva**

### PETITIONING THE COURT

☒ To issue a warrant.

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **Refrain From Unlawful Use of Controlled Substance** - The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests, thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

RE: Jovanni Corte Graham

Prob12C
D/NV Form
Rev. March 2017

Graham has tested positive for controlled substances on the following dates:
- June 5, 2023 (marijuana)
- June 6, 2023 (marijuana and methamphetamine)

Graham has failed to report to drug testing on the following dates:
- June 17, 2023

2. **Submit Monthly Report** - The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

   Graham failed to submit a monthly supervision report for the following months:

   - January 2023
   - February 2023
   - March 2023
   - April 2023
   - May 2023

3. **Substance Abuse Treatment** – You must participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

   Graham has failed to attend treatment on the following days:

   - March 15, 2023
   - March 22, 2023
   - March 30, 2023
   - April 6, 2023
   - April 19, 2023
   - April 26, 2023
   - April 27, 2023
   - May 5, 2023
   - May 10, 2023
   - May 17, 2023
   - June 6, 2023
   - June 7, 2023

4. **Maintain Employment** - The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons.

RE: Jovanni Corte Graham

Prob12C
D/NV Form
Rev. March 2017

Graham has failed to provide any employment verification documents for the following months:
- January 2023
- February 2023
- March 2023
- April 2023
- May 2023
- June 2023

**U.S. Probation Officer Recommendation:**

The term of supervision should be:

☒ Revoked

I declare under penalty of perjury that the information contained herein is true and correct,

Executed on **June 23, 2023**

Digitally signed by Deleyna Joseph
Date: 2023.06.23 14:55:41 -07'00'

Deleyna Joseph
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.06.23 14:45:30 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

**RE: Jovanni Corte Graham**

Prob12C
D/NV Form
Rev. March 2017

## THE COURT ORDERS

☐     No Action.
☒     The issuance of a warrant.
☐     The issuance of a summons.
☐     Other:

_____
Signature of Judicial Officer

_June 27, 2023_____
Date

RE: Jovanni Corte Graham

Prob12C
D/NV Form
Rev. March 2017

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA
## UNITED STATES V. JOVANNI CORTE GRAHAM, 2:13CR00299

### SUMMARY IN SUPPORT OF PETITION FOR WARRANT
June 23, 2023

On March 13, 2023, Graham appeared before Your Honor for a revocation hearing of supervised release for violations of the following conditions: Refrain from the Use of Controlled Substances, Fail to Submit a Monthly Report, Maintaining Employment, and Substance Abuse Treatment. At the hearing, Graham was continued on supervision with a modification to his special conditions. Specifically, Graham was ordered to attend and complete intensive outpatient substance abuse treatment.

On March 15, 2023, Graham was instructed to report to WestCare to complete his initial assessment for placement into their Intensive Outpatient Treatment (IOP) program. Graham, reported late for his initial appointment, and therefore was rescheduled for March 22, 2023. Since his enrollment, Graham has failed to take the IOP program seriously and has failed to appreciate the Court's generosity. His treatment enrollment has been marred with noncompliance. On March 22, 2023, Graham reported over an hour late for treatment and then abruptly left. He returned approximately 90 minutes later for treatment but was advised that his attendance would not count as he did not stay/participate for the entire treatment group. On March 30, 2023, Graham again reported late to group and again left without completing/participating in the entire treatment session. On April 6, 2023, and again on April 19, 2023, Graham failed to show for his required treatment session.

The probation office and WestCare has continued to try to work with Graham to assist him in obtaining and maintaining his sobriety and to assist him with completing the required treatment ordered by the Court. When Graham indicated that the travel to and from treatment was a burden, WestCare offered Graham the opportunity to reside at their facility. It should also be noted that the probation office offered Graham placement at the Residential Reentry Center (RRC), prior to his treatment enrollment to lessen the burden of travel. When Graham indicated that the treatment times were getting in the way of employment opportunities, Graham was afforded the opportunity to transfer groups to accommodate his schedule. Though offered continued assistance from the probation office and WestCare Graham has continually failed to report for treatment sessions as instructed. As outlined in the petition, Graham has failed to report for treatment on 12 separate occasions.

In addition to failing to report for treatment sessions, Graham has tested positive for controlled substances. Specifically, he tested positive for marijuana use on June 6, 2023. On June 7, 2023, Graham tested positive for both marijuana and methamphetamine use. The national laboratory confirmed the positive drug tests. In addition to testing positive for controlled substance use, Graham has failed to report for drug testing as instructed. On June 17, 2023, Graham cited that he was busy buying a BMW, and therefore, could not report to drug testing as instructed. It

RE: Jovanni Corte Graham

Prob12C
D/NV Form
Rev. March 2017

should be noted that Graham had known for approximately nine (9) hours that he was required to report to drug testing.

In addition to failing to report for treatment sessions, failing to report for drug testing and testing positive for controlled substance use, Graham has also failed to submit monthly supervision reports and failed to provide proof of employment as outlined in the petition. At this time, it is unknown if Graham is maintaining any form of employment despite being instructed to provide said documents.

Graham has continued his noncompliant behavior despite Your Honor graciously affording him another opportunity to gain sobriety and remain in the community. Graham has been afforded several accommodations to aid him in achieving this goal as well as outlined above. Graham has rejected every offer made by the Probation Office and by WestCare to assist him with the completion of required treatment. At this time, Graham is either unwilling or unable to comply with the conditions set forth by the Court. It is respectfully requested that a warrant be issued in this case and that he be detained pending revocation proceedings.

Respectfully submitted,

Digitally signed by Deleyna Joseph
Date: 2023.06.23 14:56:14 -07'00'

Deleyna Joseph
United States Probation Officer

Approved:

Digitally signed by Joy Gabonia
Date: 2023.06.23 14:46:30 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

AO 245B      (Rev. 09/11) Judgment in a Criminal Case
                Sheet 1

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|---|
| v. | ) | |
| JOVANNI CORTE GRAHAM | ) | Case Number: 2:13-CR-0299-HDM-PAL |
| | ) | USM Number: 48180-048 |
| | ) | RAQUEL LAZO, AFPD |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)     ONE (1) OF THE INDICTMENT

☐ pleaded nolo contendere to count(s) _____
    which was accepted by the court.

☐ was found guilty on count(s) _____
    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:922(g)(1) and 18:§ 924(a)(2) | Felon in Possession of a Firearm | 1/9/2013 | 1 |

     The defendant is sentenced as provided in pages 2 through    6    of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

                                                                4/22/2014
                                                                Date of Imposition of Judgment

                                                                /s/ Howard McKibben
                                                                Signature of Judge

                                                              HOWARD D. MCKIBBEN,      U.S. DISTRICT JUDGE
                                                                Name and Title of Judge

                                                                4/23/14
                                                                Date

Judgment — Page 2 of 6

DEFENDANT: JOVANNI CORTE GRAHAM
CASE NUMBER: 2:13-CR-0299-HDM-PAL

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

(69) MONTHS CONSECUTIVELY TO CALIFORNIA STATE CASE NUMBER FVA1300385

☑ The court makes the following recommendations to the Bureau of Prisons:

1. VICTORVILLE, CALIFORNIA
2. ATWATER, CALIFORNIA

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Judgment—Page **3** of **6**

DEFENDANT: JOVANNI CORTE GRAHAM
CASE NUMBER: 2:13-CR-0299-HDM-PAL

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :
THIRTY SIX MONTHS (36)

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The Defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court, not to exceed 104 tests annually. Revocation is mandatory for refusal to comply.

☐  The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. *(Check, if applicable.)*

☑  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. *(Check, if applicable.)*

☑  The defendant shall cooperate in the collection of DNA as directed by the probation officer. *(Check, if applicable.)*

☐  The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. *(Check, if applicable.)*

☐  The defendant shall participate in an approved program for domestic violence. *(Check, if applicable.)*

    If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 09/11) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Case 2:13-cr-00299-CDS-PAL   Document 62   Filed 06/27/23   Page 11 of 18

DEFENDANT: JOVANNI CORTE GRAHAM
CASE NUMBER: 2:13-CR-0299-HDM-PAL

Judgment—Page 4 of 6

## SPECIAL CONDITIONS OF SUPERVISION

1. Possession of Weapons - You shall not possess, have under your control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law.

2. Warrant less Search - To ensure compliance with all conditions of release, the defendant shall submit to the search of his/her person, and any property, residence, business or automobile under his/her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant at a reasonable time and in a reasonable manner. Provided, however, the defendant shall be required to submit to any search only if the probation officer has reasonable suspicion to believe the defendant has violated a condition or conditions of release.

3. Substance Abuse Treatment - You shall participate in and successfully complete a substance abuse treatment and/or cognitive based life skills program, which will include drug/alcohol testing and/or outpatient counseling, as approved and directed by the probation office. You shall refrain from the use and possession of beer, wine, liquor, and other forms of intoxicants while participating in substance abuse treatment. Further, you shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation office based upon your ability to pay.

4. Gambling Prohibition - You shall not enter, frequent, or be involved with any legal or illegal gambling establishment or activity, except for the purpose of employment, as approved and directed by the probation officer.

5. No Contact Condition - You shall not have contact, directly or indirectly, associate with, or be within 500 feet of any criminal street gang members, their residence or business, and if confronted by any criminal street gang members in a public place, you shall immediately remove yourself from the area.

Note: A written statement of the conditions of release was provided to the Defendant by the Probation Officer in open court at the time of sentencing.

## ACKNOWLEDGEMENT

Upon finding of a violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____     _____
              Defendant                                    Date


_____     _____
U.S. Probation/Designated Witness                Date

DEFENDANT: JOVANNI CORTE GRAHAM
CASE NUMBER: 2:13-CR-0299-HDM-PAL

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| TOTALS | $ 100.00   | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |
|               |             |                     |                        |

| TOTALS | $ 0.00 | $ 0.00 |
|--------|--------|--------|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JOVANNI CORTE GRAHAM
CASE NUMBER: 2:13-CR-0299-HDM-PAL

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ __100.00__ due immediately, balance due

☐ not later than _____ , or
☐ in accordance   ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:
"PRELIMINARY ORDER OF FORFEITURE ATTACHED"

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOVANNI CORTE GRAHAM,<br><br>Defendant. | 2:13-CR-299-HDM-(PAL) |

**PRELIMINARY ORDER OF FORFEITURE**

This Court finds that on December 12, 2013, defendant JOVANNI CORTE GRAHAM pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 25 ; Change of Plea Minutes, ECF No. 31.

This Court finds defendant JOVANNI CORTE GRAHAM agreed to the forfeiture of the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 25 ; Change of Plea Minutes, ECF No. 31.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JOVANNI CORTE GRAHAM pled guilty.

. . .

1     The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    1. a H&R .22 caliber revolver bearing serial number AP63997; and

    2. any and all ammunition (all of which constitutes "property").

    This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

    NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of JOVANNI CORTE GRAHAM in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Michael A. Humphreys
> Assistant United States Attorney
> Daniel D. Hollingsworth
> Assistant United States Attorney
> Lloyd D. George United States Courthouse
> 333 Las Vegas Boulevard South, Suite 5000
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 12th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | |
|---|---|
| United States of America<br>v.<br>Jovanni Corte Graham<br><br>*Defendant* | )<br>)  Case No.   2:13CR00299<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jovanni Corte Graham                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☒ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:
Violations of Supervised Release


Date: _____                                              _____
                                                                                                            *Issuing officer's signature*

City and state: _____                              _____
                                                                                                            *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____.<br><br>Date: _____                                              _____<br>                                                                                                            *Arresting officer's signature*<br><br>                                                                                                            _____<br>                                                                                                            *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   **Jovanni Corte Graham**

Known aliases:   **Jivanni Graham**

Last known residence:   **4025 Bella Palermo Way Las Vegas, NV 89141**

Prior addresses to which defendant/offender may still have ties:   **1381 Bourbon St #F Pahrump, NV 89048**

Last known employment:   Unknown

Last known telephone numbers:   **775-537-3364**

Place of birth:   **California**

Date of birth:   **June 3, 1984**

Social Security number:

| Height: **70** | Weight: **Brown** |
| Sex: **Male** | Race: **Black or African American** |
| Hair: **Black** | Eyes: **Brown** |

Scars, tattoos, other distinguishing marks:   **Multiple on face, neck, sleeves**

History of violence, weapons, drug use:   **History of Drugs, Guns,**

Known family, friends, and other associates *(name, relation, address, phone number)*:   **Latifah Graham**

FBI number:   **271455TB1**

Complete description of auto:   **Unknown**

Investigative agency and address:   **United States Probation Office 300 S. Las Vegas Blvd, Las Vegas, NV 89101**

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
United States Probation Officer Deleyna Joseph 702-236-2134

Date of last contact with pretrial services or probation officer *(if applicable)*:   **6/20/23**