UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOVANNI CORTE GRAHAM,<br><br>　　　　　Defendant. | Case No. 2:13-cr-00299-CDS-PAL<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 30, 2023 at the hour of 1:30 p.m., be vacated and continued to September 6, 2023 at the hour of 3:00 p.m. in Courtroom 3C.

　　DATED this 28th day of August, 2023.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE