# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00299-CDS-PAL |
| Plaintiff, | **[Proposed] Order on Stipulation to Continue Preliminary Hearing** |
| v. | |
| JOVANNI CORTE GRAHAM, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served;

IT IS ORDERED that the preliminary hearing currently scheduled for September 6, 2023 at the hour of 3:00 p.m., be vacated and continued to Wednesday, September 13, 2023 at the hour of 10:00 a.m., in a LV Courtroom to be Determined.

DATED this 6th day of September, 2023.

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE