**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>v.<br><br>JOVANNI CORTE GRAHAM,<br><br>    Defendant | Case No. 2:13-cr-00299-CDS-PAL<br><br>**Order Granting Stipulation to Continue Revocation of Supervised Release**<br><br>**[ECF No. 84]** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 5, 2023 at 10:00 a.m., is vacated and continued to October 16, 2023 at the hour of 10:00 A.M. in Courtroom 6B.

　　　DATED: October 2, 2023

_____
UNITED STATES DISTRICT JUDGE

3